UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANSAMMONIA, INC. and INSURANCE COMPANY OF NORTH AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4659** |
| **BARGE TCB-493-B, her tackle, appurtenances, etc.** *in rem*, **and ASSOCIATED TERMINALS, INC. and XYZ INSURANCE COMPANY,** *in personam* | **SECTION "K"95)** |

### *O R D E R*

Considering the "Joint Motion to Dismiss" filed on behalf of plaintiffs Transammonia, Inc. and Indemnity Insurance Company of North America and defendant Associated Terminals, LLC,

**IT IS ORDERED** that plaintiff's claims are hereby dismissed, with prejudice, each party to bear it own costs.

New Orleans, Louisiana, this 27th day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE